-Ns
-No
CV-30

James Lowther (Full Name)
businessjel@hotmail.com (Email Address)
102 Ridge Valley (Address Line 1)
Apt. 310 Irvine, CA 92618 (Address Line 2)
(424) 394-2998 (Phone Number)

_____ in Pro Per
(indicate Plaintiff or Defendant)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 7 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

- IFP Submitted

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

James Lowther,
PLAINTIFF,
vs.
City of Newport Beach
_____
_____
_____
_____
DEFENDANT(S).

Case No.: 8:22-cv-00025-RSWL-(PD)
(To be supplied by the Clerk)

**COMPLAINT FOR:**
Police Misconduct
Civil Rights
Threats/Intimidation
HIPAA, Confidentiality

**Jury Trial Demanded:** ☐ Yes ☑ No

## I. JURISDICTION

1. This Court has jurisdiction under 34 U.S.C. §12601
42 U.S. Code 1983, 42 U.S. Code § 1320d-6
18 USC. §§ 241, 242,
42 U.S.C. §2000
34 U.S.C. § 10228, Federal Rule of Civil Procedure 37(e)
(1) (2)

Page Number 1

## II. VENUE

2. Venue is proper pursuant to Central District of California in the County of Orange and in the city of Santa Ana because all events giving rise to plaintiff's claims occurred in Orange County.

## III. PARTIES

3. Plaintiff's name is James Lowther. Plaintiff resides at: 102 Ridge Valley Apt. 310 Irvine, CA 92618

4. Defendant Marissa Sur Human Resources Department Risk Management Division 100 Civic Center Drive Newport Beach, CA 92660

5. Defendant Police Officer J. Duenas Newport Beach Police 870 Santa Barbara Drive Newport Beach, CA 92660

2

Page Number

1  ___. Defendant Detective R. Henry
2  *Insert ¶ #*
3  Newport Beach Police       870 Santa Barbara Drive
4                             Newport Beach, CA 92660
5
6
7
8  ___. Defendant Detective (Sergeant) William Depweg
9  *Insert ¶ #*
10 Newport Beach Police       870 Santa Barbara Drive
11                            Newport Beach, CA 92660
12
13
14
15 ___. Defendant _____
16 *Insert ¶ #*
17
18
19
20
21
22 ___. Defendant _____
23 *Insert ¶ #*
24
25
26
27
28

3

*Page Number*

## IV. STATEMENT OF FACTS

___. On August 23, 2021, the plaintiff submitted a claim concerning police misconduct to City of Newport Beach. The plaintiff sent several emails and made phone calls to Marissa Sur at the City of Newport Beach (Human Resources Department/Risk Management Division in regards of the claim related to losses, damages, pain, and suffering. Marissa Sur ignored the claim of gross police conduct without any responses given to the plaintiff. Marissa Sur acted with

___. discriminatory prejudices which she failed to administratively manage and support the process of the claim in good faith. The Newport Beach Police communicated with the plaintiff by email to indicate that Marissa Sur of the City of Newport Beach will be legally sued by the plaintiff in the US federal court. It is strongly possible that Marissa Sur shared Veteran Affairs medical information of a US military veteran which is a HIPAA violation. On a later date

___. Newport Beach Police shared the information which is medical of the US military veteran from the medical records of Veteran Affairs without consent and authorization to do so. The medical information was released unauthorized and by deception to Michael Reed, liability claim manager of Admin Sure Inc. who gave medical information from Veteran Affairs medical data to Marissa Sur. The plaintiff sent emails to Newport Beach Police and Marissa Sur to ask questions of inquiry

___. As both parties never responded and ignored the plaintiff's inquiry. The plaintiff is experiencing gross police misconduct that violates the civil rights of the plaintiff involving a criminal police report and investigative reports relating to crime and physical assault at Hoag Hospital which the incident occurred on 11/11/2020. The entire police investigation for hate crime and physical assault was prepared for the best interests of Hoag Hospital that prejudiced the factual accountability of the plaintiff.

___. Plaintiff on police reports #21-001964 and #21-002413 on the REPORTING OFFICER NARRATIVE pages, it is officially false information given by Police Officer J. Duenas and Police Detective R. Henry that the medical victim/plaintiff responded N/A and gave YES to the information below: NOT AVAILABLE (N/A) to HATE CRIME RELATED VICTIM ADVISED OF CONFIDENTIALITY PROVISIONS 293 PC and VICTIM DESIRES CONFIDENTIALITY which was

___. Submitted to court attorneys at Harbor Justice Center for court review and determination during July 2021 and August 2021 as false information. On April 9, 2021, the victim/plaintiff appeared again at the Newport Beach Police front desk to inform the police officer that the police report and its protocols are falsified and deceptive. The crime/assault victim's rights were violated by Newport Beach Police in the state of California according to http://oag.ca.gov/victimservices. The victim/plaintiff gave his AMENDED COMPLAINT for hate crime and assault to reopen the investigation.

5

# V. <u>CAUSES OF ACTION</u>

## FIRST CAUSE OF ACTION

(Process Claim And HIPAA violation)
*insert title of cause of action*

(As against Defendant(s): Marissa Sur, Risk Claim Manager City of Newport Beach (HR Dept./Risk Management Div))

___. Marissa Sur at City of Newport Beach leaked out claim information and Veteran Affairs medical record information of the plaintiff who is a US military veteran to Newport Beach Police which was evidently discovered on another official Orange County document dated on 12/28/2021 as the

___. Newport Beach Police and Marissa Sur are held responsible for federal statutes to violate HIPAA violations. The Newport Beach Police had communicated with the plaintiff by email that the City of Newport Beach will be legally sued in which another claim process was administratively handled by

___. Marissa Sur at the Risk Management Division in the HR Department. The victim/plaintiff had sent several emails and made phone calls to Marissa Sur as she ignored and failed with any response(s) of these concerns from the victim/plaintiff, involving the claim of police misconduct and HIPAA violations.

## SECOND CAUSE OF ACTION

(Police Misconduct, False Police Report, Civil Rights, Marsy Rights)
*insert title of cause of action*

(As against Defendant(s): Police Officer, J. Duenas, Newport Beach Police )

___. On 3/21/2021 and 3/22/2021 the victim/plaintiff had visited and appeared before Officer J. Duenas to give only a complaint of physical assault complaint charge that occurred at Hoag Hospital on 11/11/2020. The volatile behaviour of J. Duenas was so severe that the medical victim left the

___. police location on 3/21/2021 due to the police officer who was determined to dictate and control the narratives of what actually happened while being there as a medical victim. The medical victim/plaintiff reappeared at the Newport Beach Police front desk lobby to file a complaint charge of physical

___. assault as PO J. Duenas was again at the desk lobby as he demanded the medical victim/plaintiff to make the official complaint with him. To avoid further escalation of the corrupt process is when the medical victim/plaintiff gave info of the physical assault. Several weeks later PO J. Duenas closed the police charge complaint without logical compliance and protocol due to insufficient evidence.

7

Page Number

## THIRD CAUSE OF ACTION

(Police Misconduct, Marsy Rights, False police investigation)
*insert title of cause of action*

(As against Defendant(s): Detective R. Henry )

___. Detective R. Henry was infored by the plaintiff of the false police report prepared and frivolous police protocols conducted by Police Officer J. Duenas long before his detective investigation reports were submitted to court attorneys at the Harbor Justice Center in Newport Beach for court review and determination of the

___. Criminal complaint on two (2) attempts during July 2021 and August 2021 were rejected due to false police reporting and frivolous protocols. It is false that Police Detective R. Henry had indicated on his police investigative reports that no crime or physical assault could not be proved at the time of his investigation on 5/12/2021 at 9:23

___. Am in regards of police and investigative reports of #2100 1964, #2100 2413, and #2100 03180140. Plaintiff Marsy Rights were violated. It is impossible to complete a criminal investigation without questioning in person the alleged criminal and the other individual who assaulted the medical patient. The detective failed to inquire and demanded to observe hospital video camera surveillance footage to present to the court attorneys for review.

8

Page Number

## FOURTH CAUSE OF ACTION

(Civil Rights, Threat, Intimidations, HIPAA Violation)
*insert title of cause of action*

(As against Defendant(s): William Depweg )

___. In September 2021 and afterward police detective/head, Seargent William Depweg was informed of emails by the plaintiff of false police, investigative reports, and frivolous police protocols prepared and conducted by Police Officer J. Duenas and Police detective R. Henry long before the

___. criminal complaint was submitted on the 1st and 2nd attempts given to court attorneys for court review and determination at the Harbor Justice Center. William Depweg sent email to plaintiff on 9/23/21 who threatened and attempted to intimidate the victim/plaintiff to not bring truths on a legal basis to process

___. A court complaint in the US federal court, and if so, there will be retaliation to the victim/plaintiff. William Depweg violated the US statute of HIPAA violation(s) to share and release Veteran Affairs medical record information of a military veteran on 12/28/21 which was included on another false police report with another police agency in Orange County. William Depweg interferred with the claim process, which involves the Risk management Administration at the City of Newport Beach.

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___. The plaintiff presently has filed another court complaint at the US federal court in Santa Ana against Hoag Hospital as the plaintiff has no interest in Hoag Hospital to present legally in court of falsified police and investigative reports as factual

___. evidence in the US federal court in Santa Ana in the future for court review and determination. The victim/plaintiff is seeking relief upon declaration based on the following: $3,000,000 (Three million US Dollars) to be given for the

___. plaintiff's punitive damages, losses, pain, and suffering based on present medical care and medical treatment from Veteran Affairs (VA) medical staff which is impacting the victim/plaintiff's mental state and functions of his daily life. No retaliatory

___. actions in the future by Newport Beach Police Department during and after the US federal court process which involves harassment. Reconsideration of a fair criminal process for a new criminal process by court attorneys at Harbor Justice Center.

Dated: 1/6/2022
Sign: *James Lowther*
Print Name: James Lowther

10
Page Number