UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   8:22-cv-00025-FLA-PD                             Date: April 15, 2022

Title   *James Lowther v. City of Newport Beach, et al.*

Present: The Honorable:   Patricia Donahue, U.S. Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Dismissal

   On March 1, 2022, Plaintiff James Lowther ("Plaintiff") filed a First Amended Complaint ("FAC") alleging that his civil rights were violated by Defendants Marissa Sur (a claims risk manager for the City of Newport Beach-Human Resources Department), Newport Beach Police Officer J. Duenas, Newport Beach Police Detective R. Henry, and Newport Beach Police Detective William Depweg. [Dkt. No. 9 at 2-4.]  The FAC purports to raise three claims for "claim grievance," "fabrication of court evidence," and "police intimidation." [*Id*. at 3.]  Plaintiff seeks punitive damages in the amount of $3 million dollars.  [*Id*. at 6.]

   On March 7, 2022, the Court dismissed the FAC with leave to amend. [Dkt. No. 10.]  The Court ordered Plaintiff to file, no later than April 1, 2022, a Second Amended Complaint that corrected the defects identified by the Court in its March 7, 2022 Order.  [*Id*.]  Two weeks have now passed since Plaintiff's Second Amended Complaint was due, and Plaintiff has neither filed his Second Amended Complaint nor communicated with the Court about his case since March 1, 2022.

   Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   8:22-cv-00025-FLA-PD                             Date: April 15, 2022

Title     *James Lowther v. City of Newport Beach, et al.*

properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's March 7, 2022 Order.

However, in the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before April 29, 2022**, why the Court should not recommend that this action be dismissed for failure to prosecute.

Plaintiff may discharge this Order by filing:

(1) a request setting forth good cause for an extension of time to file a Second Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's March 7, 2022 Order; or
(2) a Second Amended Complaint.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).  **The Clerk is directed to provide Plaintiff with a Form CV-09 Notice of Dismissal.**

Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.

**IT IS SO ORDERED**.

:
im

Initials of Preparer