JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   JAMES LOWTHER,                          Case No. 8:22-cv-00025-FLA (PD)

12               Plaintiff,                   **JUDGMENT**

13        v.

14   CITY OF NEWPORT BEACH, et al.,

15               Defendants.

16

17

18        Pursuant to the Order Dismissing Action for Failure to Prosecute,

19   JUDGMENT IS HEREBY entered dismissing the action without prejudice.

20   Dated:  August 15, 2022

21

22

23                              _____
                                FERNANDO L. AENLLE-ROCHA
24                              United States District Judge

25

26

27

28